NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

———————————————

STATE OF ARIZONA, *Respondent*,

*v.*

JACOB ANTHONY TORRES, *Petitioner*.

No. 1 CA-CR 24-0669 PRPC

FILED 05-15-2025

———————————————

Petition for Review from the Superior Court in Maricopa County

No. CR2011-159537-001
The Honorable Margaret LaBianca, Judge

**REVIEW GRANTED; RELIEF DENIED**

———————————————

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Phillip D. Garrow
*Counsel for Respondent*

Jacob Anthony Torres, Buckeye
*Petitioner Pro Se*

---

**MEMORANDUM DECISION**

Presiding Judge Anni Hill Foster, Judge Michael J. Brown, and Judge Paul J. McMurdie delivered the following decision.

---

**PER CURIAM:**

**¶1**        Petitioner Jacob Anthony Torres seeks review of the superior court's order denying his petition for post-conviction relief. This is Torres's fourteenth petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that Petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:        JR